UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN ORTIZ, JR.,<br><br>　　　　　Defendant. | Case No. 4:12-cr-00020-BLW<br><br>**ORDER** |

　　　　The Court has before it Defendant's Motion to Continue Sentencing (Dkt. 444). The motion indicates that it is his second request to continue his sentencing hearing, but it is his third. Sentencing was originally scheduled for March 5, 2013. Ortiz asked to continue the sentencing so he could resolve objections to the PSR and potentially request an evidentiary hearing. (Dkt. 348). The Court granted the motion. (Dkt. 355). Ortiz then asked for a second continuance based upon the same reasons. (Dkt. 392). The Court granted that motion as well. (Dkt. 394). Ortiz now asks for a third continuance, based upon the same reasons. Under these circumstances, the Court does not find good cause to grant another continuance. The parties have had several months to resolve any objections and prepare for the sentencing.

**ORDER - 1**

**ORDER**

1. Defendant's Motion to Continue Sentencing (Dkt. 444) is **DENIED**. The matter is currently set for May 29, 2013 at 3:00-3:30 p.m. If the defendant needs additional time for an evidentiary hearing, the Court will schedule the hearing for the same date from 3:00-5:00 p.m. Counsel for the defendant **MUST** advise the Court if he needs the additional time by no later than **May 23, 2013**. Counsel should call Jamie Gearhart at (208) 334-9021. Otherwise the Court needs to use the additional time for another matter.

DATED: **May 22, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge